**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROCK RIDGE INSURANCE COMPANY** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 24-3861** |
| | : | |
| **SCOTT R. KRUKOWSKI,** *et al.* | : | |

**ORDER**

This 19th day of March, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff Rock Ridge Insurance Company's Motion for Summary Judgment, ECF 51, is **GRANTED**, and Defendants' respective cross-motions for summary judgment are **DENIED**.

It is **FURTHER ORDERED** and **DECREED** that (1) Plaintiff has no obligation to defend or indemnify Robert Miller and Gayle Miller in connection with the claims asserted in the Underlying Action captioned *Mark Manzo and 26 South State Street, LLC v. Robert N. Miller and Gayle L. Miller, h/w and Scott R. Krukowski* in the Court of Common Pleas of Bucks County, Pennsylvania at No. 2023-03924, and *Farmers Mutual Fire Insurance Company of Salem County as Subrogee of Mark Manzo v. Robert N. Miller, et al.*, Bucks County, PA Court of Common Pleas No. 2023-04335, consolidated at No. 2023-04335; and that (2) Plaintiff may immediately withdraw the defense it is providing to Robert Miller and Gayle Miller in the Underlying Action.

The Clerk of Court is requested to mark this case closed for statistical purposes.

  /s/ Gerald Austin McHugh  
United States District Judge