**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROCK RIDGE INSURANCE COMPANY** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 24-3861** |
| | : | |
| **SCOTT R. KRUKOWSKI,** *et al.* | : | |

## **ORDER**

This 8th day of April, 2026, for the reasons set forth in the accompanying memorandum,

it is hereby **ORDERED** that the Motions for Reconsideration, ECF 64 and ECF 65, are **DENIED**.


 /s/ Gerald Austin McHugh 
United States District Judge